

U.S. Department of Justice

United States Attorney
District of Minnesota

| | |
|---|---|
| 600 United States Courthouse | Telephone: (612) 664-5600 |
| 300 South Fourth Street | Fax: (612) 664-5787 |
| Minneapolis, MN 55415 | |

**Via ECF**

September 30, 2022

The Honorable Nancy E. Brasel
United States District Judge
300 South Fourth Street, Suite 13W
Minneapolis, MN 55415

Re:   United States v. Hanna Marakegn, No. 22-236 (NEB)
      **Withdrawal of Government's Motion**

Dear Chambers:

Consistent with the expected resolution of this prosecution, the government withdraws its pending motion to designate case as complex (Dkt. #7).

Please do not hesitate to contact me if the Court has any questions.

Respectfully,

ANDREW M. LUGER
United States Attorney

/s/ *Joseph H. Thompson*
JOSEPH H. THOMPSON
HARRY M. JACOBS
CHELSEA A. WALCKER
MATTHEW S. EBERT
JOSEPH S. TEIRAB
Assistant United States Attorneys