# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE, ARRAIGNMENT AND PLEA HEARING MINUTES

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>HANNA MAREKEGN,<br><br>                    Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:           22-cr-236 (1) (NEB)<br>Date:              October 13, 2022<br>Court Reporter:    Renee Rogge<br>Courthouse:        Minneapolis<br>Courtroom:         13W<br>Time Commenced:    11:35 a.m.<br>Time Concluded:    12:15 p.m.<br>Time in Court:     40 minutes |
|---|---|

APPEARANCES:
  Plaintiff:   Joseph Thompson and Harry Jacobs, Assistant U.S. Attorneys
  Defendant:   Andrew Irlbeck, Retained Attorney

Defendant's true name if different from charging instrument: Hanna Marekegn
☒ Clerk of Court is directed to change name to: Hanna Marekegn.

PROCEEDINGS:
☒ FIRST APPEARANCE AND ARRAIGNMENT:
Date: Charges Filed: September 19, 2022
Offense: Count 1: 18:371 and 1343 CONSPIRACY TO COMMIT WIRE FRAUD
☒ Waived Reading of Charges   ☒ Advised of Rights   ☒ Waiver of Indictment
On ☐ Indictment ☒ Information ☐ Complaint

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty as to Count 1 of the Information (18 USC 371)
☒  Presentence Investigation Report Requested
☒  Defendant is released on bond conditions

Date: October 13, 2022                                     s/Kristine Wegner
                                                           Courtroom Deputy to Judge Nancy E. Brasel