# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-277 (ECT/DJF) |
| MEKFIRA HUSSEIN, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-85 (NEB/TNL) |
| MOHAMED JAMA ISMAIL | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-124 (NEB/TNL) |
| ABDIAZIZ SHAFI FARAH, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-222 (NEB/TNL) |
| LIBAN YASIN ALISHIRE, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-223 (NEB/TNL) |
| AIMEE MARIE BOCK, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-224 (NEB/TNL) |
| QAMAR AHMED HASSAN, ET AL. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-225 (NEB/TNL) |
| SHARMAKE JAMA, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-226 (NEB/TNL) |
| HAJI OSMAN SALAD, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-236 (NEB) |
| HANNA MARAKEGN | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-237 (NEB) |
| BEKAM ADDISSU MERDASSA | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-238 (NEB) |
| HADITH YUSUF AHMED | |

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case, 22-277 (ECT/DJF), is related to the other cases captioned above for the following reasons:

- ■ The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;
- ■ The cases arise out of the same operative set of facts, behavioral episode or course

of conduct whether the prior cases are open or closed;
- The cases arise out of the same investigation and have temporal proximity;
- A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and
- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: October 18, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY: /s/ *Matthew S. Ebert*
JOSEPH H. THOMPSON
HARRY M. JACOBS
CHELSEA A. WALCKER
MATTHEW S. EBERT
JOSEPH S. TEIRAB
Assistant United States Attorneys
United States Attorney's Office
300 South Fourth Street, Suite 600
Minneapolis, MN 55415