# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HANNA MARAKEGN,

        Defendant.

Case No. 22-cr-236 (NEB)

UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States Attorney's Office for the District of Minnesota, by and through Andrew M. Luger, United States Attorney, and Craig R. Baune, Assistant United States Attorney, hereby files the following Bill of Particulars.

Through the violation of 18 U.S.C. §§ 371 and 1343 as alleged in Counts 1 of the Information, the United States seeks forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), of any property, real or personal, which constitutes or is derived from proceeds traceable to Count 1 of the Information, including but not limited to:

a. The real property located at ██████████ ██████, Hennepin County, Minnesota ████ legally described as ████, ██████, ██████████████████████ Hennepin County, Minnesota, with Property Tax Id. Nos. ██████████ and ██████████ and

b. The real property located at 4100 Parklawn Ave., Unit 301, Edina, Hennepin County, Minnesota 55435 legally described as Apartment Ownership No. 0088 Heatherton of Edina Condominiums, with Property Tax Id. No. 31-028-24-41-0083.

If any the above-described forfeitable property is unavailable for forfeiture within the definition of 21 U.S.C. § 853(p), the United States intends to seek the forfeiture of

substitute property pursuant to as 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

Dated: 9-22-2022

Respectfully submitted

ANDREW M. LUGER
United States Attorney

*s/Craig Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Craig.baune@usdoj.gov