UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-236 (NEB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | MOTION TO SEAL |
| HANNA MAREKEGN, | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Craig R. Baune, Assistant United States Attorney, respectfully submits this motion to seal documents pursuant to Local Rule 49.1(d).

Dated: 9/26/2023

ANDREW M. LUGER
United States Attorney

*s/Craig Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727